**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NEW MEXICO ELECTRICIANS
RETIREMENT BENEFIT FUND,

      Plaintiff,

vs.                                             CIV No. 26-811 JFR/SCY

IRON CORE ELECTRIC, LLC,

      Defendant,

## <u>PROPOSED FINDINGS AND RECOMMENDED DISPOSITION</u>

This matter comes before the Court sua sponte, following the Court's Order to Show Cause. Doc. 7. Plaintiff filed this complaint on March 18, 2026 against Defendant Iron Core Electric, LLC. Doc. 1. On May 19, 2026, Defendant Iron Core filed an answer signed by an individual, Luis Padilla, who does not appear to be an attorney. Doc. 6.

Thereafter, the Court entered an Order to Show Cause, advising Defendant Iron Core that because it is not a natural person, this district's local rules require that it be represented by an attorney. Doc. 7; *see also* D.N.M.LR-Civ. 83.7 ("A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court."); *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."); D.N.M.LR-Civ. 83.8(c) (Without an attorney, "any filings made by the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed."). The Court thus ordered that, by June 12, 2026, Defendant Iron Core file a notice of appearance of counsel or show cause in writing why its answer should not be stricken and default judgment or other sanctions imposed.

Doc. 7. Upon request from Mr. Padilla, the Court extended that deadline to July 16, 2026. Doc. 10. That deadline has now expired and no attorney has appeared on behalf of Defendant Iron Core nor has Iron Core filed a response to the Order to Show Cause. Instead, it filed another answer, again signed by Mr. Padilla. Doc. 11.

I therefore recommend that the Court STRIKE Defendant Iron Core Electric, LLC's Answers (Docs. 6, 11) and that Plaintiff follow the two-step process under Rule 55 to request an entry of default and default judgment.

_____
Steven C. Yarbrough
United States Magistrate Judge

---

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.**